UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Hetran Inc. | § | Case No. 1:16-bk-00596-RNO |
| | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 02/16/2016. The case was converted to a Chapter 7 on 07/28/2017. The undersigned trustee was appointed on 07/31/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 30,979.28 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 3,895.91 |
| Bank Service Fees | | 504.13 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 26,579.24 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/09/2017 and the deadline for filing governmental claims was 11/09/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $3,847.93. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $3,847.93, for a total compensation of $3,847.93[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $188.24 for total expenses of $394.13

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date : ___02/04/2019___      By : ___/s/ William G.Schwab___
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No:** 16-00596 | **Judge:** Robert N. Opel II |
| **Case Name:** Hetran Inc. | |

**Trustee Name:** William G. Schwab
**Date Filed (f) or Converted (c):** 07/28/2017 (c)
**341(a) Meeting Date:** 08/29/2017

**For Period Ending:** 02/04/2019

**Claims Bar Date:** 11/09/2017

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Cash on Hand | 150.00 | 0.00 | | 0.00 | FA |
| 2. | Fulton Bank Checking | 67,533.00 | 0.00 | | 0.00 | FA |
| 3. | BB&T Business Checking | 9,950.32 | 0.00 | | 0.00 | FA |
| 4. | Security Deposit with UPS | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. | Accounts Receivable | 357,640.88 | 0.00 | | 0.00 | FA |
| 6. | Total Inventory | 100,000.00 | 0.00 | | 0.00 | FA |
| 7. | Office Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. | Office Equipment | 99,304.00 | 0.00 | | 0.00 | FA |
| 9. | Automobiles | 32,104.00 | 0.00 | | 0.00 | FA |
| 10. | Other Machinery, Fixtures, Equipment | 200,000.00 | 0.00 | | 0.00 | FA |
| 11. | Trademark of Hetran, Inc | Unknown | 0.00 | | 0.00 | FA |
| 12. | Mechanical and Engineering Drawings | Unknown | 0.00 | | 0.00 | FA |
| 13. | Ownership of www.hetraninc.com | Unknown | 0.00 | | 0.00 | FA |
| 14. | Customer List | Unknown | 0.00 | | 0.00 | FA |
| 15. | CHAPTER 11 FUNDS (u) | 0.00 | 0.00 | | 27,955.72 | FA |
| 16. | RESTITUTION (u) | 0.00 | 0.00 | | 11.52 | FA |
| 17. | SETTLEMENT OF ADV# 1:18-AP-00017 PER CT ORDER DATED 08-20-18 (u) | 0.00 | 0.00 | | 3,010.69 | FA |
| 18. | Stock Dividend (u) | 0.00 | 0.00 | | 1.35 | FA |
| 19. | void (u) | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) (Page 3)

**Exhibit A**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** 16-00596
**Case Name:** Hetran Inc.

**Judge:** Robert N. Opel II

**Trustee Name:** William G. Schwab
**Date Filed (f) or Converted (c):** 07/28/2017 (c)
**341(a) Meeting Date:** 08/29/2017

**For Period Ending:** 02/04/2019

**Claims Bar Date:** 11/09/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 869,682.20 | 0.00 | | 30,979.28 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**Claims Bar Date-11-09-17**

**Initial Projected Date of Final Report(TFR) :** 12/31/2018    **Current Projected Date of Final Report(TFR) :** 12/31/2018

**Trustee's Signature**    /s/William G. Schwab
William G. Schwab
811-1 Blakeslee Blvd Drive East
Lehighton, PA 18235
Phone : (610) 377-5200

**Date:**    02/04/2019

UST Form 101-7-TFR (5/1/2011) (Page 4)

**Exhibit A**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 16-00596 | **Trustee Name:** William G. Schwab |
| **Case Name:** Hetran Inc. | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******1854 Checking Account |
| **Taxpayer ID No:** **-***1793 | **Blanket bond (per case limit):** 10,000,000.00 |
| **For Period Ending:** 2/4/2019 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 08/09/2017 | [15] | CUNNINGHAN, CHERNICOFF & WARSHAWSKY, P.C. 2320 N. 2ND STREET HARRISBURG, PA 17110 | CHAPTER 11 FUNDS | 1290-000 | 27,955.72 | | 27,955.72 |
| 09/05/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 28.98 | 27,926.74 |
| 10/04/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 39.03 | 27,887.71 |
| 11/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 38.97 | 27,848.74 |
| *11/15/2017 | 51001 | WILLIAM G. SCHWAB & ASSOCIATES 811-1 BLAKESLEE BLVD. DRIVE EAST PO BOX 56 LEHIGHTON, PA 18235 | REIMBURSEMENT OF OUT-OF-POCKET EXPENSE (SD CARD FOR 2004 EXAMINATION) | 3120-003 | | 17.50 | 27,831.24 |
| *11/15/2017 | | WILLIAM G. SCHWAB & ASSOCIATES 811-1 BLAKESLEE BLVD. DRIVE EAST PO BOX 56 LEHIGHTON, PA 18235 | REIMBURSEMENT OF OUT-OF-POCKET EXPENSE (SD CARD FOR 2004 EXAMINATION) | 3120-003 | | (17.50) | 27,848.74 |
| | | | Page Subtotals | | 27,955.72 | 106.98 | |

UST Form 101-7-TFR (5/1/2011) (Page 5)

**Exhibit B**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-00596
Case Name: Hetran Inc.

Taxpayer ID No: **-***1793
For Period Ending: 2/4/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1854 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/28/2017 | 51002 | BUSINESS CARD SERVICES PO BOX 84030 COLUMBUS, GA 31908-4030 | VERBAL INK FEE - TRANSCRIPT OF 2004 EXAMINATION OF MR. & MRS. OERTMANN | 2990-000 | | 63.75 | 27,784.99 |
| 12/04/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 38.92 | 27,746.07 |
| 12/27/2017 | 51003 | BUSINESS CARD SERVICES PO BOX 84030 COLUMBUS, GA 31908-4030 | VERBAL INK FEES (INVOICE NOS. 21953 & 22260)(Y05180_010 & Y05180_007) | 2990-000 | | 198.50 | 27,547.57 |
| 12/28/2017 | 51004 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Bond Premium | 2300-000 | | 21.33 | 27,526.24 |
| 01/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 38.79 | 27,487.45 |
| 01/04/2018 | 51005 | UPS | UPS OVERNIGHT MAILING FEE (INVOICE NO. 0000FE5895527; SHIPPER NO. FE5895; CONTROL ID. 676V) | 2990-000 | | 24.40 | 27,463.05 |
| 01/10/2018 | 51006 | UPS | UPS OVERNIGHT MAILING FEE (INVOICE NO. 0000FE5895018; SHIPPER NO. FE5895; CONTROL ID. H579) | 2990-000 | | 24.40 | 27,438.65 |
| | | | Page Subtotals | | 0.00 | 410.09 | |

UST Form 101-7-TFR (5/1/2011) (Page 6)

**Exhibit B**

Case No: **16-00596**
Case Name: **Hetran Inc.**

Taxpayer ID No: **\*\*-\*\*\*1793**
For Period Ending: **2/4/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1854 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/16/2018 | 51007 | CARD SERVICES | FILING/SERVICE FEE (NOTICE OF THE MOTION TO ABANDON BOOKS, RECORDS, ETC. PRIOR TO 2012) | 2990-000 | | 147.09 | 27,291.56 |
| 01/18/2018 | 51008 | UPS | UPS OVERNIGHT MAILING FEE (INVOICE NO. 0000FE5895028; SHIPPER NO. FE5895; CONTROL ID. 100S) | 2990-000 | | 24.40 | 27,267.16 |
| 01/18/2018 | 51009 | GALLAGHER REPORTING & VIDEO, LLC 1275 GLENLIVET DRIVE SUITE 100 ALLENTOWN, PA 18106 | COURT REPORTING FEE (DEPOSITION OF NICOLE MANBECK & WILLIAM KIRWAN) (INVOICE NO. 9193) | 2990-000 | | 251.45 | 27,015.71 |
| 01/23/2018 | 51010 | BUSINESS CARD SERVICES PO BOX 84030 COLUMBUS, GA 31908-4030 | REIMBURSEMENT TO CREDIT CARD - COURT CALL COST (COURT CALL ID#8754052) & USPS CHARGE (REVERSE ADDRESS CHANGE - MC#2361) | 2990-000 | | 31.00 | 26,984.71 |
| 01/24/2018 | 51011 | UPS | UPS OVERNIGHT MAILING FEE (INVOICE NO. 0000FE5895038; SHIPPER NO. FE5895; CONTROL ID M252) | 2990-000 | | 24.52 | 26,960.19 |
| 02/05/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 38.21 | 26,921.98 |
| 02/22/2018 | 51012 | SHRED-IT USA 28883 NETWORK PLACE CHICAGO, IL 60673-1288 | SHREDDING SERVICES (INVOICE NO. 8124161428; CUSTOMER NO. 15930150) | 2990-000 | | 1,742.72 | 25,179.26 |

Page Subtotals 0.00 2,259.39

UST Form 101-7-TFR (5/1/2011) (Page 7)

**Exhibit B**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **16-00596**
Case Name: **Hetran Inc.**

Taxpayer ID No: **\*\*-\*\*\*1793**
For Period Ending: **2/4/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1854 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/27/2018 | 51013 | BUSINESS CARD SERVICES PO BOX 84030 COLUMBUS, GA 31908-4030 | REIMBURSEMENT TO CREDIT CARD - VERBAL INK (VERBATIM TRANSCRIPTION OF HEARING (Transcript of Gisela Oertmann, Helmut Oertmann & Attorney Rehkamp)(REFERENCE NO. 8D04BB93-A40037A4) | 2990-000 | | 49.50 | 25,129.76 |
| 03/01/2018 | [18] | VIRTUS INVESTMENT PARTNERS PO Box 1342 Brentwood, NY 11717-0718 | CASH DIVIDEND | 1221-000 | 0.45 | | 25,130.21 |
| 03/05/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 37.62 | 25,092.59 |
| 03/08/2018 | [16] | SCHUYLKILL COUNTY CLERK OF COURTS OFFICE 401 NORTH SECOND STREET POTTSVILLE, PA 17901 | RESTITUTION- JEFFREY CHARLES WEIR | 1290-000 | 5.76 | | 25,098.35 |
| 03/15/2018 | 51014 | CARD SERVICES | FILING/SERVICE FEE (COMPLAINT V. CUNNINGHAM & CHERNICOFF) | 2990-000 | | 350.00 | 24,748.35 |
| 04/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 35.29 | 24,713.06 |
| | | | | Page Subtotals | 6.21 | 472.41 | |

UST Form 101-7-TFR (5/1/2011) (Page 8)

**Exhibit B**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-00596
Case Name: Hetran Inc.

Taxpayer ID No: **-***1793
For Period Ending: 2/4/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1854 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 34.53 | 24,678.53 |
| 06/04/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 34.49 | 24,644.04 |
| 06/11/2018 | [18] | VIRTUS INVESTMENT PARTNERS | DIVIDEND CHECK | 1221-000 | 0.45 | | 24,644.49 |
| 06/20/2018 | 51015 | GALLAGHER REPORTING & VIDEO, LLC 1275 GLENLIVET DRIVE SUITE 100 ALLENTOWN, PA 18106 | COURT REPORTER FEE - INVOICE NO. 9598 (2004 EXAMINATION OF CLINTON BLYLER) | 2990-000 | | 315.45 | 24,329.04 |
| 07/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 34.35 | 24,294.69 |
| 08/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 33.95 | 24,260.74 |
| | | | Page Subtotals | | 0.45 | 452.77 | |

**Exhibit B**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-00596 | | Trustee Name: | William G. Schwab |
| Case Name: | Hetran Inc. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******1854 Checking Account |
| Taxpayer ID No: | **-***1793 | | Blanket bond (per case limit): | 10,000,000.00 |
| For Period Ending: | 2/4/2019 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/21/2018 | 51016 | BARCLAYS<br>PO BOX 13337<br>PHILADELPHIA, PA 19101-3337 | MISCELLANEOUS FILING/SERVICING FEE (REIMBURSEMENT TO CREDIT CARD) | 2990-000 | | 431.36 | 23,829.38 |
| 08/24/2018 | [18] | VIRTUS INVESTMENT PARTNERS | DIVIDEND | 1221-000 | 0.45 | | 23,829.83 |
| 09/04/2018 | [17] | CUNNINGHAM, CHERNICOFF & WARSHAWSKY, P.C.<br>2320 NORTH 2ND STREET<br>HARRISBURG, PA 17110 | SETTLEMENT OF ADV# 1:18-AP-00017 PER CT ORDER DATED 08-20-18 | 1249-000 | 3,010.60 | | 26,840.43 |
| 09/04/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 33.90 | 26,806.53 |
| 09/06/2018 | [16] | SCHUYLKILL COUNTY CLERK OF COURTS OFFICE<br>401 NORTH SECOND STREET<br>POTTSVILLE, PA 17901 | RESTITUTION - JEFFREY WEIR | 1290-000 | 5.76 | | 26,812.29 |
| 09/06/2018 | [17] | ADJUSTMENT - IN | ADJUSTMENT - IN (correction to deposit #6 - SETTLEMENT OF ADV# 1:18-AP-00017 PER CT ORDER DATED 08-20-18) | 1249-000 | 0.09 | | 26,812.38 |
| 09/24/2018 | 51017 | US POSTMASTER<br>Lehighton, PA 18235 | REIMBURSEMENT OF OUT-OF-POCKET EXPENSES (POSTAGE - certified mailings of tax letters with tax forms to IRS & PA Dept. of Revenue) | 2990-000 | | 23.07 | 26,789.31 |
| | | | Page Subtotals | | 3,016.90 | 488.33 | |

UST Form 101-7-TFR (5/1/2011) (Page 10)

**Exhibit B**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-00596
Case Name: Hetran Inc.

Taxpayer ID No: **-***1793
For Period Ending: 2/4/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1854 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 37.10 | 26,752.21 |
| 01/15/2019 | 51018 | BARCLAYS PO BOX 13337 PHILADELPHIA, PA 19101-3337 | MISCELLANEOUS FILING/SERVICING FEE | 2990-000 | | 149.90 | 26,602.31 |
| 01/16/2019 | 51019 | US POSTMASTER LEHIGHTON, PA 18235 | POSTAGE REIMBURSEMENT (SERVICING FEES VIA CERTIFIED MAIL) | 2990-000 | | 23.07 | 26,579.24 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 210.07 |

| | | |
|---|---|---|
| COLUMN TOTALS | 30,979.28 | 4,400.04 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| SUBTOTALS | 30,979.28 | 4,400.04 |
| Less: Payments to Debtors | | 0.00 |
| Net | 30,979.28 | 4,400.04 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| \*\*\*\*\*\*1854 Checking Account | 30,979.28 | 4,400.04 | |
| **Net Totals** | 30,979.28 | 4,400.04 | 26,579.24 |

| | |
|---|---|
| All Accounts Gross Receipts: | 30,979.28 |
| All Accounts Gross Disbursements: | 4,400.04 |
| All Accounts Net: | 26,579.24 |

UST Form 101-7-TFR (5/1/2011) (Page 11)

**Exhibit B**

Claims Bar Date: 11/09/17     Government Bar Date: 11/09/17

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | William G. Schwab, Trustee<br>811 BLAKESLEE BLVD DRIVE EAST<br>LEHIGHTON , PA 18235 | 2100 | 0.00 | 3,847.93 | 3,847.93 | 0.00 | 3,847.93 |
| | WILLIAM G SCHWAB- | 2200 | 0.00 | 0.00 | 394.13 | 0.00 | 394.13 |
| | William G. Schwab and<br>811-1 Blakeslee Blvd Drive East<br>PO Box 56<br>Lehighton, PA 18235 | 3110 | 0.00 | 0.00 | 16,036.00 | 0.00 | 16,036.00 |
| | KURTZMAN STEADY, LLC<br>401 S. 2ND ST., SUITE 301<br>PHILADELPHIA, PA 19147 | 3210 | 0.00 | 0.00 | 4,176.00 | 0.00 | 4,176.00 |
| | KURTZMAN STEADY, LLC<br>401 S. 2ND ST., SUITE 301<br>PHILADELPHIA, PA 19147 | 3220 | 0.00 | 0.00 | 63.10 | 0.00 | 63.10 |
| | William G. Schwab and | 3220 | 0.00 | 0.00 | 134.20 | 0.00 | 134.20 |
| | EISNERAMPER, LLP<br>ONE LOGAN SQUARE, SUITE 3000<br>PHILADELPHIA, PA 19103 | 3410 | 0.00 | 0.00 | 31,000.00 | 0.00 | 31,000.00 |
| | EISNERAMPER, LLP<br>ONE LOGAN SQUARE, SUITE 3000<br>PHILADELPHIA, PA 19103 | 3420 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **3,847.93** | **55,651.36** | **0.00** | **55,651.36** |
| | CUNNINGHAM, CHERNICOFF<br>PO BOX 60457<br>HARRISBURG, PA 17106-0457 | 6210 | 0.00 | 0.00 | 4,225.00 | 0.00 | 4,225.00 |
| | CUNNINGHAM, CHERNICOFF<br>PO BOX 60457<br>HARRISBURG, PA 17106-0457 | 6220 | 0.00 | 0.00 | 183.36 | 0.00 | 183.36 |
| 00028 | COMMONWEALTH OF PA<br>COMMONWEALTH OF PA UCTS (ADMINISTRATIVE)  DEPARTMENT OF LABOR AND INDUSTRY COLLECTIONS SUPPORT UNIT 651<br>BOAS STREET, ROOM 702 HARRISBURG, PA 17121<br><br>Filed: 10/20/16 | 6820 | 0.00 | 1,529.65 | 1,529.65 | 0.00 | 1,529.65 |
| **PRIOR CHAPTER TOTAL** | | | **0.00** | **1,529.65** | **5,938.01** | **0.00** | **5,938.01** |

UST Form 101-7-TFR (5/1/2011)  Page 12

Claims Bar Date: 11/09/17    Government Bar Date: 11/09/17

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 00040 | Fulton Bank, N.A., formerly 126 E King St Lancaster, PA 17602 Filed: 11/07/17 | 4210 | 0.00 | 4,059,833.08 | 4,059,833.08 | 0.00 | 4,059,833.08 |
| 00041 | Fulton Bank, N.A., formerly 126 E King St Lancaster, PA 17602 Filed: 11/07/17 | 4210 | 0.00 | 68,708.70 | 68,708.70 | 0.00 | 68,708.70 |
| **SECURED TOTAL** | | | **0.00** | **4,128,541.78** | **4,128,541.78** | **0.00** | **4,128,541.78** |
| 00013 | Berkheimer Assoc., Agent for 1883 Jury Rd Pen Argyl, PA 18072 Filed: 03/30/16 | 5800 | 0.00 | 4,517.54 | 4,517.54 | 0.00 | 4,517.54 |
| 00014 | internal revenue service PO Box 7346 Philadelphia, PA 19101 Filed: 04/01/16 | 5800 | 0.00 | 211,450.48 | 181,597.64 | 0.00 | 181,597.64 |
| 00014B | internal revenue service PO Box 7346 Philadelphia, PA 19101 Filed: 04/01/16 | 5800 | 0.00 | 181,597.64 | 181,597.64 | 0.00 | 181,597.64 |
| 00016 | Pennsylvania Department of PO Box 280946 Harrisburg, PA 17128 Filed: 04/06/16 | 5800 | 0.00 | 12.92 | 12.92 | 0.00 | 12.92 |
| 00025 | COMMONWEALTH OF PA COMMONWEALTH OF PA UCTS DEPARTMENT OF LABOR AND INDUSTRY COLLECTIONS SUPPORT UNIT 651 BOAS STREET, ROOM 702 HARRISBURG, PA 17121 Filed: 06/20/16 | 5800 | 0.00 | 24,399.72 | 24,399.72 | 0.00 | 24,399.72 |
| **PRIORITY TOTAL** | | | **0.00** | **421,978.30** | **392,125.46** | **0.00** | **392,125.46** |
| 00001 | American Crane & 531 Old Swede Rd Douglassville, PA 19518 Filed: 03/04/16 | 7100 | 0.00 | 1,100.00 | 1,100.00 | 0.00 | 1,100.00 |

Claims Bar Date: 11/09/17    Government Bar Date: 11/09/17

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 00002 | ZM Gear Machining, Inc.<br>200 W Adams St Ste 2500<br>Chicago, IL 60606<br>Filed: 03/10/16 | 7100 | 0.00 | 10,840.00 | 10,840.00 | 0.00 | 10,840.00 |
| 00003 | WS CHONG CONSULTING<br>WS CHONG CONSULTING LTD 14343 30 AVE SURREY BC V4P 1R3 CANADA<br><br>Filed: 03/14/16 | 7100 | 0.00 | 391,703.79 | 391,703.79 | 0.00 | 391,703.79 |
| 00004 | JAGON INTERNATIONAL<br>JAGON INTERNATIONAL LIMITED C/O JACK JU A-21 JINGLONG NO 9 FULIN ROAD CHAOYANG DIST BEIJING 100107 CHINA<br><br>Filed: 03/16/16 | 7100 | 0.00 | 1,166,085.37 | 1,166,085.37 | 0.00 | 1,166,085.37 |
| 00005 | Jonathan Grady<br>18 Julia St<br>Girardville, PA 17935<br>Filed: 03/18/16 | 7100 | 0.00 | 1,869.00 | 1,869.00 | 0.00 | 1,869.00 |
| 00006 | United Concordia Life and<br>4401 Deer Path Rd<br>Harrisburg, Pa 17110<br>Filed: 03/23/16 | 7100 | 0.00 | 1,666.50 | 1,666.50 | 0.00 | 1,666.50 |
| 00007 | Otis Elevator Company Attn<br>PO Box 109615<br>Palm Beach Gardens, FL 33410<br>Filed: 03/24/16 | 7100 | 0.00 | 841.48 | 841.48 | 0.00 | 841.48 |
| 00008 | Otis Elevator Company Attn<br>PO Box 109615<br>Palm Beach Gardens, FL 33410<br>Filed: 03/24/16 | 7100 | 0.00 | 841.48 | 841.48 | 0.00 | 841.48 |
| 00009 | Fromm Electrical Supply<br>2101 Centre Ave<br>Reading, PA 19605<br>Filed: 03/30/16 | 7100 | 0.00 | 38,247.53 | 38,247.53 | 0.00 | 38,247.53 |
| 00010 | Fromm Electrical Supply<br>2101 Centre Ave<br>Reading, PA 19605<br>Filed: 03/30/16 | 7100 | 0.00 | 151,279.04 | 151,279.04 | 0.00 | 151,279.04 |
| 00011 | WS CHONG CONSULTING<br>WS CHONG CONSULTING LTD 14343 30 AVE SURREY BC V4P 1R3 CANADA<br><br>Filed: 03/30/16 | 7100 | 0.00 | 391,703.79 | 391,703.79 | 0.00 | 391,703.79 |

Claims Bar Date: 11/09/17    Government Bar Date: 11/09/17

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 00012 | ECONOMIC DEVELOPMENT<br>1460 Wyoming Ave<br>Forty Fort, PA 18704<br>Filed: 03/30/16 | 7100 | 0.00 | 6,681.65 | 6,681.65 | 0.00 | 6,681.65 |
| 014A | Internal Revenue Service<br>CENTRALIZED INSOLVENCY UNIT<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | 7100 | 0.00 | 0.00 | 29,852.84 | 0.00 | 29,852.84 |
| 00015 | Advanced Fluid System<br>PO Box 360<br>Royersford, PA 19468<br>Filed: 04/04/16 | 7100 | 0.00 | 187,975.25 | 187,975.25 | 0.00 | 187,975.25 |
| 00017 | Dressel Welding Supply<br>1270 Roosevelt Ave<br>York, PA 17404<br>Filed: 04/11/16 | 7100 | 0.00 | 1,041.23 | 1,041.23 | 0.00 | 1,041.23 |
| 00018 | 70 PINEDALE LP C/O<br>4098 Derry St<br>Harrisburg, PA 17111<br>Filed: 04/11/16 | 7100 | 0.00 | 30,392.78 | 30,392.78 | 0.00 | 30,392.78 |
| 00019 | JAGON INTERNATIOANL<br>JAGON INTERNATIOANL LIMITED A21 JINGLONG INTERNATIONAL MANSION NO 9 FULIN RD CHAOYANG DISTRICT BEIJING 100107 CHINA<br><br>Filed: 04/13/16 | 7100 | 0.00 | 1,166,085.37 | 1,166,085.37 | 0.00 | 1,166,085.37 |
| 00020 | Manufacturers Management<br>2640 Westview Dr<br>Wyomissing, PA 19610<br>Filed: 04/18/16 | 7100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00021 | FEDEX TECHCONNECT INC AS<br>3965 AIRWAYS BLVD MOD G 3RD FL<br><br>Filed: 04/21/16 | 7100 | 0.00 | 1,452.01 | 1,452.01 | 0.00 | 1,452.01 |
| 00022 | United Parcel Service Freight<br>PO Box 361345<br>Columbus, OH 43236<br>Filed: 05/05/16 | 7100 | 0.00 | 918.56 | 918.56 | 0.00 | 918.56 |
| 00023 | United Parcel Service Freight<br>PO Box 361345<br>Columbus, OH 43236<br>Filed: 05/05/16 | 7100 | 0.00 | 1,128.84 | 1,128.84 | 0.00 | 1,128.84 |

Claims Bar Date: 11/09/17     Government Bar Date: 11/09/17

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 00024 | SAFETY-KLEEN/CLEAN<br>42 Longwater Dr<br>Norwell, MA 02061<br>Filed: 05/19/16 | 7100 | 0.00 | 1,999.61 | 1,999.61 | 0.00 | 1,999.61 |
| 00026 | BROWN TRANSMISSION &<br>171 Greenfield Rd<br>Lancaster, PA 17601<br>Filed: 06/27/16 | 7100 | 0.00 | 8,518.40 | 8,518.40 | 0.00 | 8,518.40 |
| 00027 | Metalwerks PMD, Inc. c/o<br>Metalwerks PMD, Inc. c/o Terry A. Shulsky, Esq. Buchanan Ingersoll & Rooney PC One Oxford Centre, 20th fl. Pittsburgh, PA 15219<br>Filed: 07/15/16 | 7100 | 0.00 | 279,020.00 | 279,020.00 | 0.00 | 279,020.00 |
| 00029 | PPL Electric Utilities<br>827 Hausman Rd<br>Allentown, PA 18104<br>Filed: 12/05/16 | 7100 | 0.00 | 2,187.14 | 2,187.14 | 0.00 | 2,187.14 |
| 00030 | Solar Atmospheres, Inc.<br>1969 Clearview Rd<br>Souderton, PA 18964<br>Filed: 08/14/17 | 7100 | 0.00 | 11,130.00 | 11,130.00 | 0.00 | 11,130.00 |
| 00031 | Milans Machining &<br>1301 S Laramie Ave<br>Cicero, IL 60804<br>Filed: 08/14/17 | 7100 | 0.00 | 84,599.45 | 84,599.45 | 0.00 | 84,599.45 |
| 00032 | Vision Benefits of America,<br>400 Lydia St Ste 300<br>Carnegie, PA 15106<br>Filed: 08/15/17 | 7100 | 0.00 | 994.20 | 994.20 | 0.00 | 994.20 |
| 00033 | Brown Transmission and<br>171 Greenfield Rd<br>Lancaster, PA 17601<br>Filed: 08/16/17 | 7100 | 0.00 | 8,518.40 | 8,518.40 | 0.00 | 8,518.40 |
| 00034 | Ruff Supply Company<br>PO Box 156<br>Archbald, PA 18403<br>Filed: 08/22/17 | 7100 | 0.00 | 126.84 | 126.84 | 0.00 | 126.84 |
| 00035 | JAGON INTERNATIONAL<br>JAGON INTERNATIONAL LIMITED C/O JACK JU A-21 JINGLONG NO 9 FULIN ROAD CHAOYANG DIST BEIJING 100107 CHINA<br>Filed: 08/31/17 | 7100 | 0.00 | 1,166,085.37 | 1,166,085.37 | 0.00 | 1,166,085.37 |

Claims Bar Date: 11/09/17    Government Bar Date: 11/09/17

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 00036 | MetLife c/o Roger Elder 200 Park Ave New York, NY 10166 Filed: 09/26/17 | 7100 | 0.00 | 5,849.01 | 5,849.01 | 0.00 | 5,849.01 |
| 00037 | Sterling Machine 220 Kreider Rd Palmyra, PA 17078 Filed: 10/11/17 | 7100 | 0.00 | 39,902.79 | 39,902.79 | 0.00 | 39,902.79 |
| 00038 | Paul Welkie 121 S Mill St Saint Clair, PA 17970 Filed: 10/16/17 | 7100 | 0.00 | 619.00 | 619.00 | 0.00 | 619.00 |
| 00039 | SHREM HALLMARK ALLOYS SHREM HALLMARK ALLOYS PRIVATE LIMITED 1101 VIRAJ TOWER JCT.OF ANDHERI KURLA WESTERN EXPRESS HIGHWAY, ANDHERI EAST MUMBAI - 400069, INDIA INDIA Filed: 11/01/17 | 7100 | 0.00 | 150,000.00 | 150,000.00 | 0.00 | 150,000.00 |
| 00042 | Estate of Harold Marks Estate of Harold Marks Shane H. Hobbs, Esquire Masonic Building, 3rd floor 4 South Second Street Pottsville, PA 17901 Filed: 11/08/17 | 7100 | 0.00 | 95,000.00 | 95,000.00 | 0.00 | 95,000.00 |
| 00042A | Estate of Harold Marks Estate of Harold Marks Shane H. Hobbs, Esquire Masonic Building, 3rd floor 4 South Second Street Pottsville, PA 17901 Filed: 11/08/17 | 7100 | 0.00 | 12,475.00 | 12,475.00 | 0.00 | 12,475.00 |
| 00043 | BSR Tool Company 32050 Townley St Madison Heights, MI 48071 Filed: 11/08/17 | 7100 | 0.00 | 1,456.02 | 1,456.02 | 0.00 | 1,456.02 |
| **UNSECURED TOTAL** | | | **0.00** | **5,420,334.90** | **5,450,187.74** | **0.00** | **5,450,187.74** |
| **REPORT TOTALS** | | | **0.00** | **9,976,232.56** | **10,032,444.35** | **0.00** | **10,032,444.35** |

Exhibit D

Case No.:   1:16-bk-00596-RNO

Case Name:   Hetran Inc.

Trustee Name:   William G. Schwab

Balance on Hand                                                                    $26,579.24

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 00040 | Fulton Bank, N.A., formerly | $ 4,059,833.08 | $ 4,059,833.08 | $ 0.00 | $ 0.00 |
| 00041 | Fulton Bank, N.A., formerly | $ 68,708.70 | $ 68,708.70 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors                                     $              0.00

Remaining Balance                                                         $      26,579.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: William G. Schwab, Trustee | $ 3,847.93 | $ 0.00 | $ 1,837.79 |
| Trustee, Expenses: WILLIAM G SCHWAB-TRUSTEE EXP. | $ 394.13 | $ 0.00 | $ 188.24 |
| Attorney for Trustee, Fees: William G. Schwab and Associates | $ 16,036.00 | $ 0.00 | $ 7,658.89 |
| Attorney for Trustee, Fees: KURTZMAN STEADY, LLC | $ 4,176.00 | $ 0.00 | $ 1,994.48 |
| Attorney for Trustee, Expenses: William G. Schwab and | $ 134.20 | $ 0.00 | $ 64.09 |
| Attorney for Trustee, Expenses: KURTZMAN STEADY, LLC | $ 63.10 | $ 0.00 | $ 30.14 |
| Accountant for Trustee, Fees: EISNERAMPER, LLP | $ 31,000.00 | $ 0.00 | $ 14,805.61 |
| Accountant for Trustee, Expenses: EISNERAMPER, LLP | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses         $      26,579.24

Remaining Balance                                                         $              0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Debtor, Fees: CUNNINGHAM, CHERNICOFF & | $ 4,225.00 | $ 0.00 | $ 0.00 |
| Attorney for Debtor, Expenses: CUNNINGHAM, CHERNICOFF & | $ 183.36 | $ 0.00 | $ 0.00 |
| Other: COMMONWEALTH OF PA UCTS (ADMINISTRATIVE) | $ 1,529.65 | $ 0.00 | $ 0.00 |

Total to be paid for prior chapter administrative expenses $ 0.00

Remaining Balance $ 0.00

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $392,125.46 must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00013 | Berkheimer Assoc., Agent for W. | $ 4,517.54 | $ 0.00 | $ 0.00 |
| 00014 | internal revenue service centralized | $ 181,597.64 | $ 0.00 | $ 0.00 |
| 00014B | internal revenue service centralized | $ 181,597.64 | $ 0.00 | $ 0.00 |
| 00016 | Pennsylvania Department of Revenue | $ 12.92 | $ 0.00 | $ 0.00 |
| 00025 | COMMONWEALTH OF PA UCTS | $ 24,399.72 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 0.00

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $5,449,346.26 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 %, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | American Crane & Equipment | $ 1,100.00 | $ 0.00 | $ 0.00 |
| 00002 | ZM Gear Machining, Inc. Joseph A. | $ 10,840.00 | $ 0.00 | $ 0.00 |
| 00003 | WS CHONG CONSULTING LTD 14343 | $ 391,703.79 | $ 0.00 | $ 0.00 |
| 00004 | JAGON INTERNATIONAL LIMITED C/O | $ 1,166,085.37 | $ 0.00 | $ 0.00 |
| 00005 | Jonathan Grady | $ 1,869.00 | $ 0.00 | $ 0.00 |
| 00006 | United Concordia Life and Health | $ 1,666.50 | $ 0.00 | $ 0.00 |
| 00007 | Otis Elevator Company Attn Treasury | $ 841.48 | $ 0.00 | $ 0.00 |
| 00009 | Fromm Electrical Supply Corp. | $ 38,247.53 | $ 0.00 | $ 0.00 |
| 00010 | Fromm Electrical Supply Corp. | $ 151,279.04 | $ 0.00 | $ 0.00 |
| 00011 | WS CHONG CONSULTING LTD 14343 | $ 391,703.79 | $ 0.00 | $ 0.00 |
| 00012 | ECONOMIC DEVELOPMENT COUNCIL | $ 6,681.65 | $ 0.00 | $ 0.00 |
| 014A | Internal Revenue Service | $ 29,852.84 | $ 0.00 | $ 0.00 |
| 00015 | Advanced Fluid System | $ 187,975.25 | $ 0.00 | $ 0.00 |
| 00017 | Dressel Welding Supply | $ 1,041.23 | $ 0.00 | $ 0.00 |
| 00018 | 70 PINEDALE LP C/O RICHARD E | $ 30,392.78 | $ 0.00 | $ 0.00 |
| 00019 | JAGON INTERNATIOANL LIMITED A21 | $ 1,166,085.37 | $ 0.00 | $ 0.00 |
| 00020 | Manufacturers Management Services, | $ 0.00 | $ 0.00 | $ 0.00 |
| 00021 | FEDEX TECHCONNECT INC AS | $ 1,452.01 | $ 0.00 | $ 0.00 |
| 00022 | United Parcel Service Freight co | $ 918.56 | $ 0.00 | $ 0.00 |
| 00023 | United Parcel Service Freight co | $ 1,128.84 | $ 0.00 | $ 0.00 |
| 00024 | SAFETY-KLEEN/CLEAN HARBORS | $ 1,999.61 | $ 0.00 | $ 0.00 |
| 00026 | BROWN TRANSMISSION & BEARING | $ 8,518.40 | $ 0.00 | $ 0.00 |
| 00027 | Metalwerks PMD, Inc. c/o Terry A. | $ 279,020.00 | $ 0.00 | $ 0.00 |
| 00029 | PPL Electric Utilities | $ 2,187.14 | $ 0.00 | $ 0.00 |
| 00030 | Solar Atmospheres, Inc. | $ 11,130.00 | $ 0.00 | $ 0.00 |
| 00031 | Milans Machining & manufacturing | $ 84,599.45 | $ 0.00 | $ 0.00 |
| 00032 | Vision Benefits of America, Inc. | $ 994.20 | $ 0.00 | $ 0.00 |
| 00033 | Brown Transmission and Bearing | $ 8,518.40 | $ 0.00 | $ 0.00 |
| 00034 | Ruff Supply Company | $ 126.84 | $ 0.00 | $ 0.00 |
| 00035 | JAGON INTERNATIONAL LIMITED C/O | $ 1,166,085.37 | $ 0.00 | $ 0.00 |
| 00036 | MetLife c/o Roger Elder | $ 5,849.01 | $ 0.00 | $ 0.00 |
| 00037 | Sterling Machine Technologies, Inc. | $ 39,902.79 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00038 | Paul Welkie | $ 619.00 | $ 0.00 | $ 0.00 |
| 00039 | SHREM HALLMARK ALLOYS PRIVATE | $ 150,000.00 | $ 0.00 | $ 0.00 |
| 00042 | Estate of Harold Marks Shane H. | $ 95,000.00 | $ 0.00 | $ 0.00 |
| 00042A | Estate of Harold Marks Shane H. | $ 12,475.00 | $ 0.00 | $ 0.00 |
| 00043 | BSR Tool Company | $ 1,456.02 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE