UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

In re:  §
Hetran Inc.  §  Case No. 1:16-bk-00596-RNO
 §
 §
 §
Debtors(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that William G. Schwab, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> Jasper County Courthouse
> 228 Walnut Street
> Room 320
> Harrisburg, PA 17101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/08/2019     By: /s/ William G.Schwab
                                 Trustee

William G. Schwab
811-1 Blakeslee Blvd Drive East
Lehighton, PA 18235

UST Form 101-7-NFR (10/1/2010) (Page 1 )

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

In re: §
§ Case No. 1:16-bk-00596-RNO
Hetran Inc. §
§
§
§
Debtors(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 30,979.28 |
| and approved disbursements of | $ | 4,400.04 |
| leaving a balance on hand of: | $ | 26,579.24 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 00040 | Fulton Bank, N.A., formerly | $ 4,059,833.08 | $ 4,059,833.08 | $ 0.00 | $ 0.00 |
| 00041 | Fulton Bank, N.A., formerly | $ 68,708.70 | $ 68,708.70 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 26,579.24 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees: William G. Schwab, Trustee | $ 3,847.93 | $ 0.00 | $ 1,837.79 |
| Trustee, Expenses: WILLIAM G SCHWAB-TRUSTEE EXP. | $ 394.13 | $ 0.00 | $ 188.24 |
| Attorney for Trustee, Fees: William G. Schwab and Associates | $ 16,036.00 | $ 0.00 | $ 7,658.89 |
| Attorney for Trustee, Fees: KURTZMAN STEADY, LLC | $ 4,176.00 | $ 0.00 | $ 1,994.48 |
| Attorney for Trustee, Expenses: William G. Schwab and | $ 134.20 | $ 0.00 | $ 64.09 |
| Attorney for Trustee, Expenses: KURTZMAN STEADY, LLC | $ 63.10 | $ 0.00 | $ 30.14 |

UST Form 101-7-NFR (10/1/2010) (Page 2 )

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee, Fees: EISNERAMPER, LLP | $ 31,000.00 | $ 0.00 | $ 14,805.61 |
| Accountant for Trustee, Expenses: EISNERAMPER, LLP | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $ <u>26,579.24</u>

Remaining Balance      $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Debtor, Fees: CUNNINGHAM, CHERNICOFF & | $ 4,225.00 | $ 0.00 | $ 0.00 |
| Attorney for Debtor, Expenses: CUNNINGHAM, CHERNICOFF & | $ 183.36 | $ 0.00 | $ 0.00 |
| Other: COMMONWEALTH OF PA UCTS (ADMINISTRATIVE) | $ 1,529.65 | $ 0.00 | $ 0.00 |

Total to be paid for prior chapter administrative expenses      $ <u>0.00</u>

Remaining Balance      $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $392,125.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00013 | Berkheimer Assoc., Agent for W. | $ 4,517.54 | $ 0.00 | $ 0.00 |
| 00014 | internal revenue service centralized | $ 181,597.64 | $ 0.00 | $ 0.00 |
| 00014B | internal revenue service centralized | $ 181,597.64 | $ 0.00 | $ 0.00 |
| 00016 | Pennsylvania Department of Revenue | $ 12.92 | $ 0.00 | $ 0.00 |
| 00025 | COMMONWEALTH OF PA UCTS | $ 24,399.72 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors      $ 0.00

Remaining Balance      $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,449,346.26 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 %, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) (Page 3 )

Case 1:16-bk-00596-RNO    Doc 259    Filed 02/08/19    Entered 02/08/19 11:13:01    Desc
Main Document      Page 3 of 16

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 00001 | American Crane & Equipment | $ 1,100.00 | $ 0.00 | $ 0.00 |
| 00002 | ZM Gear Machining, Inc. Joseph A. | $ 10,840.00 | $ 0.00 | $ 0.00 |
| 00003 | WS CHONG CONSULTING LTD 14343 | $ 391,703.79 | $ 0.00 | $ 0.00 |
| 00004 | JAGON INTERNATIONAL LIMITED C/O | $ 1,166,085.37 | $ 0.00 | $ 0.00 |
| 00005 | Jonathan Grady | $ 1,869.00 | $ 0.00 | $ 0.00 |
| 00006 | United Concordia Life and Health | $ 1,666.50 | $ 0.00 | $ 0.00 |
| 00007 | Otis Elevator Company Attn Treasury | $ 841.48 | $ 0.00 | $ 0.00 |
| 00009 | Fromm Electrical Supply Corp. | $ 38,247.53 | $ 0.00 | $ 0.00 |
| 00010 | Fromm Electrical Supply Corp. | $ 151,279.04 | $ 0.00 | $ 0.00 |
| 00011 | WS CHONG CONSULTING LTD 14343 | $ 391,703.79 | $ 0.00 | $ 0.00 |
| 00012 | ECONOMIC DEVELOPMENT COUNCIL | $ 6,681.65 | $ 0.00 | $ 0.00 |
| 014A | Internal Revenue Service | $ 29,852.84 | $ 0.00 | $ 0.00 |
| 00015 | Advanced Fluid System | $ 187,975.25 | $ 0.00 | $ 0.00 |
| 00017 | Dressel Welding Supply | $ 1,041.23 | $ 0.00 | $ 0.00 |
| 00018 | 70 PINEDALE LP C/O RICHARD E | $ 30,392.78 | $ 0.00 | $ 0.00 |
| 00019 | JAGON INTERNATIOANL LIMITED A21 | $ 1,166,085.37 | $ 0.00 | $ 0.00 |
| 00020 | Manufacturers Management Services, | $ 0.00 | $ 0.00 | $ 0.00 |
| 00021 | FEDEX TECHCONNECT INC AS | $ 1,452.01 | $ 0.00 | $ 0.00 |
| 00022 | United Parcel Service Freight co | $ 918.56 | $ 0.00 | $ 0.00 |
| 00023 | United Parcel Service Freight co | $ 1,128.84 | $ 0.00 | $ 0.00 |
| 00024 | SAFETY-KLEEN/CLEAN HARBORS | $ 1,999.61 | $ 0.00 | $ 0.00 |
| 00026 | BROWN TRANSMISSION & BEARING | $ 8,518.40 | $ 0.00 | $ 0.00 |
| 00027 | Metalwerks PMD, Inc. c/o Terry A. | $ 279,020.00 | $ 0.00 | $ 0.00 |
| 00029 | PPL Electric Utilities | $ 2,187.14 | $ 0.00 | $ 0.00 |
| 00030 | Solar Atmospheres, Inc. | $ 11,130.00 | $ 0.00 | $ 0.00 |
| 00031 | Milans Machining & manufacturing | $ 84,599.45 | $ 0.00 | $ 0.00 |
| 00032 | Vision Benefits of America, Inc. | $ 994.20 | $ 0.00 | $ 0.00 |
| 00033 | Brown Transmission and Bearing | $ 8,518.40 | $ 0.00 | $ 0.00 |
| 00034 | Ruff Supply Company | $ 126.84 | $ 0.00 | $ 0.00 |
| 00035 | JAGON INTERNATIONAL LIMITED C/O | $ 1,166,085.37 | $ 0.00 | $ 0.00 |
| 00036 | MetLife c/o Roger Elder | $ 5,849.01 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00037 | Sterling Machine Technologies, Inc. | $ 39,902.79 | $ 0.00 | $ 0.00 |
| 00038 | Paul Welkie | $ 619.00 | $ 0.00 | $ 0.00 |
| 00039 | SHREM HALLMARK ALLOYS PRIVATE | $ 150,000.00 | $ 0.00 | $ 0.00 |
| 00042 | Estate of Harold Marks Shane H. | $ 95,000.00 | $ 0.00 | $ 0.00 |
| 00042A | Estate of Harold Marks Shane H. | $ 12,475.00 | $ 0.00 | $ 0.00 |
| 00043 | BSR Tool Company | $ 1,456.02 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ William G.Schwab
Trustee

William G. Schwab
811-1 Blakeslee Blvd Drive East
Lehighton, PA 18235

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: HETRAN, INC | CASE NO: 16-00596-RNO |
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 2/8/2019, I did cause a copy of the following documents, described below,

Notice of Final Report (NFR)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/8/2019

/s/ William G. Schwab
William G. Schwab  23081
William G. Schwab & Associates
PO Box 56
Lehighton, PA  18235
610 377 5200

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HETRAN, INC

CASE NO: 16-00596-RNO

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 2/8/2019, a copy of the following documents, described below,

Notice of Final Report (NFR)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/8/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
William G. Schwab
William G. Schwab & Associates
PO Box 56
Lehighton, PA 18235

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-16-BK-00596-RNO
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
FRI FEB 8 10-36-17 EST 2019

70 PINEDALE LP
CO RICHARD E ARTELL ESQ
4098 DERRY STREET
HARRISBURG PA 17111-2237

CANADA
A H CUSTOM MACHINE
919 ZELCO DRIVE
BURLINGTON ON L7L 4Y2
CANADA

ASMW INC
AS MACHINING AND WELDING
4848 S LAWNDALE AVENUE
MCCOOK IL 60525-3120

ADVANCED BUSINESS EQUIPMENT
1129 UNION BLVD
ALLENTOWN PA 18109-1556

ADVANCED FLUID SYSTEM
PO BOX 360
292 GREEN STREET
ROYERSFORD PA 19468-2241

AKRIVIS LAW GROUP PLLC
5335 WISCONSIN AVENUE
SUITE 440
WASHINGTON DC 20015-2079

AKRIVIS LAW GROUP PLLC
1000 CLIFF MINE ROAD SUITE 330
1000 CLIFF MINE ROAD
PITTSBURGH PA 15275-1022

ALPINE BEARING COMPANY INC
298 LINCOLN STREET
PO BOX 331
ALLSTON MA 02134-0003

ALTUS GLOBAL TRADE SOLUTIONS
2400 VETERANS MEMORIAL BLVD
SUITE 300
KENNER LA 70062-8725

AMERICAN CRANE EQUIPMENT
531 OLD SWEDE ROAD
DOUGLASSVILLE PA 19518-1299

AMERICAN IRON AND ALLOYS LLC
1700 AIRPORT ROAD
WAUKESHA WI 53188-2463

APPLIED INDUSTRIAL TECHNOLOGY
4754 FAIRCREST STREET SW
CANTON OH 44706-3552

ARCADIA INDUSTRIAL CORP
337 GIPSY ROAD
PO BOX 161
GLEN CAMPBELL PA 15742-0161

ASTRO MACHINE WORKS INC
470 WENGER DRIVE
EPHRATA PA 17522-9269

BB AND T
PO BOX 1847
WILSON NC 27894-1847

BDI
480 PIERCE STREET
KINGSTON PA 18704-5512

INTERNATIONAL
BEIJUNG JAGON ENG AND TECHNOLOGY CO
ROOM 2101 BLOCK A 9 FULIN ROAD
CHAOYANG DISTRICT
BEIJING 100107
CHINA

BROWN TRANSMISSION BEARING
171 GREENFIELD ROAD
LANCASTER PA 17601-5814

BSR TOOL COMPANY
32050 TOWNLEY
MADISON HEIGHTS MI 48071-1304

BANK OF AMERICA
BUSINESS CARD
PO BOX 15796
WILMINGTON DE 19886-5796

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BARRY L RAPP
90 CHRISTINE DRIVE
READING PA 19606-3388

BEARING DRIVE SOLUTIONS
724 CAN DO EXPRESSWAY
HAZLETON PA 18202-3173

BERKHEIMER ASSOC AGENT FOR W BRUNSWICK TW
CO DAVID R GORDON
1883 JORY ROAD
PEN ARGYL PA 10972

BERKLEY INSURANCE COMPANY
PO BOX 580458
CHARLOTTE NC 28258-0458

BIG B MFG INC
17 MUNICIPAL ROAD
KLINGERSTOWN PA 17941-9631

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

BODYCOTE THERMAL PROCESSING
270 EMIG ROAD
EMIGSVILLE PA 17318-2015

BOYD MACHINE REPAIR CO INC
PO BOX 93
3794 W 50 SOUTH KIMMELL IN 457
WOLFLAKE IN 46796-0093

BROWN TRANSMISSION AND BEARING CO
PO BOX 11111
LANCASTER PA 17605-1117

EDEN R BUCHER
LEISAWITZ HELLER ABRAMOWITCH PHILIPS
PC
2755 CENTURY BLVD
WYOMISSING PA 19610-3346

BUREAU INDUSTRY SECURITY
ROOM H 6622
14TH ST CONSTITUTION AVE NW
WASHINGTON DC 20230-0001

COMMONWEALTH OF PA UCTS
DEPARTMENT OF LABOR AND INDUSTRY
COLLECTIONS SUPPORT UNIT
651 BOAS STREET ROOM 702
HARRISBURG PA 17121-0751

CSU
DEPARTMENT OF LABOR AND INDUSTRY
OFFICE OF UNEMPLOYMENT COMPENSATION
651 BOAS STREET ROOM 702
HARRISBURG PA 17121-0751

CAPITAL BLUE CROSS
PO BOX 779516
HARRISBURG PA 17177-9516

CAPITAL BLUECROSS
CO STEPHEN J DZURANIN ESQUIRE
508 NORTH SECOND STREET
PO BOX 845
HARRISBURG PA 17108-0845

CARD MEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

CARPENTER TECHNOLOGY CORPORATION
101 WEST BERN STREET
READING PA 19601-1203

CHAR MARK INC
3084 FAIR ROAD
AUBURN PA 17922-9069

CHASE PLATINUM VISA
CARDMEMBER SERVICES
PO BOX 15156
WILMINGTON DE 19886-5153

ROBERT E CHERNICOFF
CUNNINGHAM AND CHERNICOFF PC
2320 NORTH SECOND STREET
HARRISBURG PA 17110-1008

JEFFREY C CLARK
WIX WENGER AND WEIDNER
508 N 2ND STREET
PO BOX 845
HARRISBURG PA 17108-0845

COLONIAL LIFE
1200 COLONIAL LIFE BLVD
COLUMBIA SC 29210-7699

CRESSONA TEXTILE WASTE INC
98 FRONT STREET
CRESSONA PA 17929

DHL EXPRESS USA INC
16416 NORTHCHASE DRIVE
HOUSTON TX 77060-3309

DMZ SECURITY
644 ALTAMONT BLVD
FRACKVILLE PA 17931-2412

DE LAGE LANDEN
PO BOX 41602
PHILADELPHIA PA 19101-1602

DEMPSEY UNIFORM LINEN SUPPLY INC
1200 MID VALLEY DRIVE
JESSUP PA 18434-1823

DRESSEL WELDING SUPPLY
1270 ROOSEVELT AVENUE
YORK PA 17404-2206

DRESSEL WELDING SUPPLY
315 N ALBEMARLE STREET 1
YORK PA 17403-1274

STEPHEN J DZURANIN
WIX WENGER AND WEIDNER
508 NORTH SECOND STREET
PO BOX 845
HARRISBURG PA 17108-0845

ECONOMIC DEVELOPMENT COUNCIL OF
NORTHEASTERN PA TA NORTHEASTERN
PENNSYLVANIA ALLIANCE
CO DONALD E ROBERTS ESQUIRE
1460 WYOMING AVENUE
FORTY FORT PA 18704-4224

EXIM TRADE
INTERNATIONAL
37 RUE MICHEL ANGE
91080 COURCOURONNES
FRANCE

EASTERN RIGGING INDUSTRIAL CONTR
1100 MONTGOMERY STREET
READING PA 19601-1900

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ECONOMIC DEV COUNCIL OF NORTHERN PA
DBA NORTHEASTERN PA ALLIANCE
1151 OAK STREET
PITTSTON PA 18640-3795

ECONOMIC DEVELOPMENT COUNCIL OF NEPA
1151 OAK STREET
PITTSTON PA 18640-3726

ESTATE OF HAROLD MARKS
SHANE H HOBBS ESQUIRE
MASONIC BUILDING 3RD FLOOR
4 SOUTH SECOND STREET
POTTSVILLE PA 17901-3082

EVANS HEAT TREATING COMPANY
360 RED LION ROAD
HUNTINGDON VALLEY PA 19006-6437

EXPRESS LINE USA INC
16716 146TH AVENUE
ROOM 218
JAMAICA NY 11434-5223

EXTREME MACHINE AND FAB INC
2340 QUALITY LANE SUITE 1
WEST MIDDLESEX PA 16159-6310

FEDEX TECHCONNECT INC
AS ASSIGNEE OF FEDEX EXPRESS
GROUND FREIGHT OFFICE
3965 AIRWAYS BLVD MOD G 3RD FL
MEMPHIS TN 38116-5017

FROMM ELECTRIC SUPPLY CORP
CO CHARLES J PHILLIPS ESQUIRE
2755 CENTURY BLVD
WYOMISSING PA 19610-3346

CANADA
FUTURISTIC CUSTOM MACHINE
PO BOX 10100
WINONA ON L8E 5R1
CANADA

FABER INDUSTRIAL TECHNOLOGIES
PO BOX 2000
1111 PAULISON AVENUE
CLIFTON NJ 07011-3661

FASTENAL COMPANY
9 INDUSTRIAL PARK ROAD
FRACKVILLE PA 17931

FEDEX
PO BOX 371461
PITTSBURGH PA 15250-7461

FEDEX FREIGHT
PO BOX 1068
POCONO SUMMIT PA 18346-1068

ERIC JAMES FILER
8111 BLAKESLEE BLVD DRIVE EAST
PO BOX 56
LEHIGHTON PA 18235-0056

FROMM ELECTRIC SUPPLY
202 POTTSVILLE STREET
PO BOX 281
SCHUYLKILL HAVEN PA 17972-0281

FROMM ELECTRIC SUPPLY
2102 CENTRE AVENUE
READING PA 19605-2818

FROMM ELECTRICAL SUPPLY CORP
2101 CENTRE AVENUE
READING PA 19605-2872

FULTON BANK
ATTN LOAN OPERATIONS
PO BOX 69
EAST PETERSBURG PA 17520-0069

FULTON BANK
CARDMEMBER SERVICE
PO BOX 790408
SAINT LOUIS MO 63179-0408

FULTON BANK
ONE PENN SQUARE
LANCASTER PA 17602-2853

FULTON BANK NA FORMERLY KNOWN AS
FULTON B
CO SCOTT F LANDIS ESQUIRE
BARLEY SNYDER
126 EAST KING STREET
LANCASTER PA 17602-2893

FULTON BANK NA FORMERLY KNOWN AS
FULTON
ATTN SCOTT F LANDIS ESQUIRE
BARLEY SNYDER
126 EAST KING STREET
LANCASTER PA 17602-2893

FULTON BANK NA
ATTN LETTER OF CREDIT GROUP
ONE PENN SQUARE
LANCASTER PA 17602-2853

GTI ASSOCIATES LP
RD 1 1935 WYNONAH DR
AUBURN PA 17922-9303

GILMOUR CONSULTING LLC
500 WILLIAMS ROAD
WYNNEWOOD PA 19096-2004

GREATAMERICA FINANCIAL SERVICES
CORPORATIO
PO BOX 609
CEDAR RAPIDS IA 52406-0609

GRIFFIN FINANCIAL GROUP LLC
620 FREEDON BUSINESS CENTER
SUITE 210
KING OF PRUSSIA PA 19406-1330

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

HAB DLT BERKHIMER ASSOC
50 NORTH SEVENTH STREET
BANGOR PA 18013-1795

HAB EIT
BERKHEIMER TAX ADMINISTRATOR
PO BOX 25132
LEHIGH VALLEY PA 18002-5132

HAB LST BERKHEIMER
PO BOX 25156
LEHIGH VALLEY PA 18002-5156

HM CASUALTY INSURANCE
PO BOX 644300
PITTSBURGH PA 15264-4300

HSC
4607 BROOKSIDE COURT
ORWIGSBURG PA 17961-9315

HAAS FACTORY OUTLETLANCE CO
3599 MARSHALL LANE
BENSALEM PA 19020-5931

MARIO JOHN HANYON
PHELAN HALLINAN SCHMIEG
1617 JFK BLVD
SUITE 1400
PHILADELPHIA PA 19103-1814

HEALTHASSURANCE PA INC
PO BOX 6506
CAROL STREAM IL 60197-6506

HEISERS TRUE VALUE HARDWARE
715 WEST MARKET STREET
ORWIGSBURG PA 17961-1001

HELLERS GAS FIREPLACES
593 EAST 7TH STREET
BLOOMSBURG PA 17815-2862

DEBTOR
HETRAN INC
70 PINEDALE INDUSTRIAL ROAD
ORWIGSBURG PA 17961-9078

DEBTOR
HETRAN INC
BROWN TRANSMISSION AND BEARING COMPANY
171 GREENFIELD ROAD
LANCASTER PA 17601-5814

SHANE HAUSE HOBBS
4 SOUTH 2ND STREET 303
POTTSVILLE PA 17901-3082

INTERNAL REVENUE SERVICE
600 ARCH STREET
ROOM 5200
PHILADELPHIA PA 19106-1611

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

J BERTOLET INC
555 ROUTE 61
ORWIGSBURG PA 17961-2299

INTERNATIONAL
JAGON INTERNATIOANL LIMITED
A21 JINGLONG INTERNATIONAL MANSION
NO 9 FULIN RD CHAOYANG DISTRICT
BEIJING 100107
CHINA

INTERNATIONAL
JAGON INTERNATIONAL LIMITED CO JACK JU
A21 JINGLONG NO 9 FULIN ROAD
CHAOYANG DIST
BEIJING 100107
CHINA

JAMES AREGOOD
CO STANLEY J BRASSINGTON
120 E MAIN ST
SCHUYLKILL HAVEN PA 17972-1606

JOHN D MAIDA ESQUIRE
1000 GERMANTOWN PIKE B8
PLYMOUTH MEETING PA 19462-2482

JOHN RUBEN
22 TROLLEY STREET
CUMBOLA PA 17930

JONATHAN GRADY
18 JULIA STREET
GIRARDVILLE PA 17935-1704

JOSEPH MATTERA
98 WOODLAND DRIVE
AUBURN PA 17922-9083

CANADA
KARMEL SAKRAN GREEN GERMANN SAKRAN
411 GUELPH LINE PO BOX 400
BURLINGTON ON L7R3Y3
CANADA

KMX INTERNATIONAL
2ND AND GRAND STREETS
HAMBURG PA 19526

CHRISTOS A KATSAOUNIS
COMMONWEALTH OF PA DEPT OF REVENUE
OFFICE OF CHIEF COUNSEL
DEPT 281061
HARRISBURG PA 17128-1061

KATZ RYCHIK PC
ABE RYCHIK ESQ
30 BROAD ST 8TH FLOOR
NEW YORK NY 10004-2922

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EUGENE C KELLEY
KELLEY POLISHAN LLC
259 SOUTH KEYSER AVENUE
OLD FORGE PA 18518-1177

JEFFREY D KURTZMAN
KURTZMAN STEADY LLC
401 SOUTH 2ND STREET
SUITE 200
PHILADELPHIA PA 19147-1612

LANCE HAAS FACTORY OUTLET
3599 MARSHALL LANE
BENSALEM PA 19020-5931

SCOTT F LANDIS
BARLEY SNYDER LLC
126 E KING STREET
LANCASTER PA 17602-2893

LANDSTAR EXPRESS AMERICA INC
16881 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0001

LIBERTY TOOL COMPANY INC
424 CREAMERY WAY
EXTON PA 19341-2500

MAIR INC
CO ALVIN B MARSHALL ESQUIRE
1940 WEST NORWEGIAN STREET
PO BOX 1280
POTTSVILLE PA 17901-7280

MAIR RESEARCH SPA
CO ALVIN B MARSHALL ESQUIRE
1940 WEST NORWEGIAN STREET
PO BOX 1280
POTTSVILLE PA 17901-7280

MANUFACTURERS MANAGEMENT SERVICES LLC
CO BARRY W SAWTELLE ESQUIRE
2640 WESTVIEW DRIVE
PO BOX 6286
WYOMISSING PA 19610-0286

METLAB
1000 EAST MERMAID LANE
GLENSIDE PA 19038-8093

MAIR RESEARCH SPA MAIR INC MAIR LLC
950 EAST MAIN STREET
SUITE 105
SCHUYLKILL HAVEN PA 17972-9720

MANUFACTURERS MANAGEMENT SERVICES
201 MOYER ROAD
READING PA 19606-9682

MANUFACTURERS MANAGEMENT SERVICES LLC
CO BARRY W SAWTELLE ESQUIRE
KOZLOFF STOUDT
2640 WESTVIEW DRIVE
WYOMISSING PA 19610-1186

MANUFACTURERS MANAGEMENT SERVICES LLC
BARRY SAWTELLE ESQUIRE
2640 WESTIVEW DRIVE
WYOMISSING PA 19610-1186

SUSAN M MARKS
LAW OFFICE OF JAMES P WALLBILLICH LLC
450 WEST MARKET STREET
PO BOX 450
POTTSVILLE PA 17901-0450

ALVIN B MARSHALL
LIPKIN MARSHALL BOHORAD AND THORNBURG
1940 WEST NORWEGIAN STREET
POTTSVILLE PA 17901-2009

MARTIN STRAYER
4061 WYNCOTE
SOUTH EUCLID OH 44121-2608

MASSMUTUAL
PO BOX 1583
HARTFORD CT 06144-1583

MEGAN C HUFF ESQ
NESTICO DRUBY PC
1135 E CHOCOLATE AVE STE 300
HERSHEY PA 17033-1201

MESSINGER BEARINGS
10385 DRUMMOND ROAD
PHILADELPHIA PA 19154-3803

METLIFE CO ROGER ELDER
200 PARK AVENUE
NEW YORK NY 10166-0005

METALWERKS PMD INC
CO TERRY A SHULSKY ESQ
ONE OXFORD CENTRE 20TH FLOOR
301 GRANT STREET
PITTSBURGH PA 15219-1407

METALWERKS PMD INC
BUCHANAN INGERSOLL ROONEY PC
CO TERRY A SHULSKY ESQ
ONE OXFORD CENTRE 20TH FLOOR
301 GRANT STREET
PITTSBURGH PA 15219-1407

METALWERKS PMD INC
CO TERRY A SHULSKY ESQ
BUCHANAN INGERSOLL ROONEY PC
ONE OXFORD CENTRE 20TH FL
PITTSBURGH PA 15219-1400

METLIFE GROUP BENEFITS
1255 DRUMMERS LANE
SUITE 300
WAYNE PA 19087-1565

MID ATLANTIC EXPORTERS LTD
PO BOX 374
28 GRAND STREET
HAMBURG PA 19526-0374

MILANS MACHINING MANUFACTURING
1301 S LARAMIE AVENUE
CICERO IL 60804-1389

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+', AND DESIGNATED AS "CM/ECF E-SERVICE", RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

HILANS MACHINING MANUFACTURING COMPAN
1301 S LARAMIE AVE
CICERO IL 60804-1355

MITSUBISHI ELECTRIC AUTOMATION
500 CORPORATE WOODS PARKWAY
VERNON HILLS IL 60061-3108

MOTION INDUSTRIES
330 BERN STREET
READING PA 19601-1242

NORTHEASTERN PENNSYLVANIA ALLIANCE
CO DONALD P ROBERTS ESQUIRE
BURKE VULLO REILLY ROBERTS
1460 WYOMING AVENUE
FORTY FORT PA 18704-4224

NORCEN INDUSTRIES INC
PO BOX 527
130 SHAFFER LANE
JERSEY SHORE PA 17740-8546

NORTHEASTERN PA ALLIANCE
1151 OAK STREET
PITTSTON PA 18640-3795

OSHA US DEPARTMENT OF LABOR
OSHA WILKESBARRE AREA OFFICE
7 NORTH WILKES-BARRE BLVD STE 410
WILKES BARRE PA 18702-5241

HELMUT GISELA OERTMANN
1935 WYNONAH DRIVE
AUBURN PA 17922-9303

OTIS ELEVATOR COMPANY
ATTN TREASURY SERVICESCREDITCOLLECTION
PO BOX 109615 MS 715-02
PALM BEACH GARDENS FL 33410-9615

OTIS ELEVATOR COMPANY
PO BOX 905454
CHARLOTTE NC 28290-5454

PM ASSOCIATES
714 N BETHLEHEM PIKE
SUITE 302
LOWER GWYNEDD PA 19002-2655

PA DEPARTMENT OF REVENUE
DEPT 280404
HARRISBURG PA 17128-0404

PA SCDU
PO BOX 69112
HARRISBURG PA 17106-9112

PA UC FUND
BUREAU EMP TX OPR
PO BOX 68568
HARRISBURG PA 17106-8568

PGT TRUCKING
ONE PGT WAY
MONACA PA 15061-2255

PPL ELECTRIC UTILITIES
827 HAUSMAN ROAD
ALLENTOWN PA 18104-9392

PAUL WELKIE
121 SOUTH MILL STREET
SAINT CLAIR PA 17970-1231

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG PA 17128-0946

PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE
18 ARCH STREETS
PHILADELPHIA PA 19103-2799

PLEASANT VALLEY LANDSCAPING
11 PLEASANT VALLEY ROAD
ORWIGSBURG PA 17961-9477

POWELL ROGERS SPEAKS
1 FISHER STREET
PO BOX 930
HALIFAX PA 17032-0930

PRINT O STAT INC
1045 UNION BLVD
ALLENTOWN PA 18109-1956

PROGRESSIVE DESIGN MACHINE
PO BOX 10006
1813 OLDE HOMESTEAD LANE
LANCASTER PA 17605-1601

RR AUTO GROUP
338 RT 61 SOUTH
SCHUYLKILL HAVEN PA 17972

RMS
4200 CANTERA DRIVE SUITE 211
WARRENVILLE IL 60555-3040

RAZOR SHARP GRINDING
1702 NEW SCHUYLKILL ROAD
POTTSTOWN PA 19465-7905

READING COMMERCIAL HEAT TREATING CO
320 GREENWICH STREET
READING PA 19601-2821

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| READING ELECTRIC<br>80 WITMAN ROAD<br>READING PA 19605-1225 | READING FOUNDRY AND SUPPLY CO<br>472 NICHOLAS STREET<br>POTTSVILLE PA 17901-1215 | RECOVERY MANAGEMENT SYSTEMS<br>CORPORATION<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 |
| RECOVERY MANAGEMENT SYSTEMS<br>CORPORATION<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | REDRIVE INC<br>1570 ANDERSON LANE<br>BUFFALO GROVE IL 60089-1207 | RHOADS SINON LLP<br>ONE MARKET STREET 12TH FLOOR<br>PO BOX 1146<br>HARRISBURG PA 17108-1146 |
| DONALD P ROBERTS<br>BURKE VULLO REILLY ROBERTS<br>1460 WYOMING AVENUE<br>FORTY FORT PA 18704-4224 | ROUND GROUND METALS<br>4825 TURNBERRY DRIVE<br>HANOVER PARK IL 60133-5493 | RUFF SUPPLY COMPANY<br>PO BOX 156<br>ARCHBALD PA 18403-0156 |
| SAFETY KLEENCLEAN HARBORS<br>42 LONGWATER DR<br>NORWELL MA 02061-1612 | SBFFNEWSSED<br>COMPT OPERATIONS DCED LOAN<br>PO BOX 884<br>HARRISBURG PA 17108-0884 | INTERNATIONAL<br>SHREM HALLMARK ALLOY PRIVATE LTD<br>1100 VIRAJ TOWER W EXPRESS HIGHWAY<br>ANDHERI E<br>MUMBAI 400069<br>INDIA |
| INTERNATIONAL<br>SHREM HALLMARK ALLOYS PRIVATE LIMITED<br>1101 VIRAJ TOWER JCTOF ANDHERI KURLA<br>WESTERN EXPRESS HIGHWAY ANDHERI EAST<br>MUMBAI - 400069 INDIA<br>INDIA | SUSAN MARKS<br>541 WILLOW STREET<br>POTTSVILLE PA 17901-8519 | SAFETY KLEEN SYSTEMS INC<br>600 STEWART ROAD<br>HANOVER TOWNSHIP PA 18706-1453 |
| SANTANDER BANK<br>CARD SERVICE PROCESSING<br>PO BOX 12768<br>READING PA 19612-2768 | BARRY W SAWTELLE<br>KOZLOFF STOUDT<br>2640 WESTVIEW DRIVE<br>PO BOX 6286<br>WYOMISSING PA 19610-0286 | GREGORY BENJAMIN SCHILLER<br>US DEPARTMENT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>228 WALNUT STREET ROOM 1190<br>HARRISBURG PA 17101-1722 |
| SCHUYLKILL MEDICAL CENTER<br>420 S JACKSON ST<br>POTTSVILLE PA 17901-3692 | WILLIAM G SCHWAB<br>WILLIAM G SCHWAB AND ASSOCIATES<br>811 BLAKESLEE BLVD DRIVE EAST<br>PO BOX 56<br>LEHIGHTON PA 18235-0056 | WILLIAM G SCHWAB TRUSTEE<br>WILLIAM G SCHWAB AND ASSOCIATES<br>811 BLAKESLEE BLVD DRIVE EAST<br>PO BOX 56<br>LEHIGHTON PA 18235-0056 |
| SHERWIN WILLIAMS<br>377 CENTER AVENUE<br>SCHUYLKILL HAVEN PA 17972-1007 | CARREN SHULMAN<br>SHEPPARD MULLIN RICHTER HAMPTON LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112-0079 | TERRY A SHULSKY<br>BUCHANAN INGERSOLL ROONEY PC<br>ONE OXFORD CENTRE 20TH FLOOR<br>PITTSBURGH PA 15219-1400 |
| SIMPLEX GRINNELL LP<br>DEPT CH 10320<br>PALATINE IL 60055-0320 | SOLAR ATMOSPHERES INC<br>1969 CLEARVIEW ROAD<br>SOUDERTON PA 18964-1021 | STAPLES ADVANTAGE<br>500 STAPLES DRIVE<br>FRAMINGHAM MA 01702-4474 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
STATEWIDE TAX RECOVERY INC           STERLING MACHINE TECHNOLOGIES INC    STERLING MACHINE TECHOLOGIES
100 N 3RD STREET                     220 KREIDER ROAD                     220 KREIDER ROAD
PO BOX 752                           PALMYRA PA 17078-8980                PALMYRA PA 17078-8980
SUNBURY PA 17801-0752


STOLTZFUS MANUFACTURING LLC          SUSAN M MARKS ADMINISTRATRIX         SUSAN M MARKS ADMINISTRATRIX
540 WHITE SCHOOL ROAD                ESTATE OF HAROLD MARKS DECEASED      LAW OFFICE OF JAMES P WALLBILLICH LLC
HONEY BROOK PA 19344-9789            450 WEST MARKET STREET               450 W MARKET STREET
                                     POTTSVILLE PA 17901-2931             PO BOX 450
                                                                          POTTSVILLE PA 17901-0450


SYNCHRONY BANK                       SYNERGY RESOURCES                    TOS TRADE NORTH AMERICA LLC
CO RECOVERY MANAGEMENT SYSTEMS       3500 SUNRISE HIGHWAY                 1023 BENTON HARBOUR BLVD
CORPORATION                          BLDG 100 SUITE 201                   MOUNT JULIET TN 37122-2250
25 SE 2ND AVENUE SUITE 1120          GREAT RIVER NY 11739-1001
MIAMI FL 33131-1605


THE PERRYMAN COMPANY                 THE WATER GUY                        TIMKENSTEEL CORPORATION
213 VANDALE DRIVE                    2 EAST POINTE DRIVE                  1835 DUEBER AVE SW
HOUSTON PA 15342-1272                BIRDSBORO PA 19508-8140              CANTON OH 44706-2728


TIMKENSTEEL CORPORATION              TIMKENSTEEL CORPORATION              TIMOTHY J HUBER ESQUIRE
1835 DUEBER AVENUE SOUTHWEST         CO CARREN SHULMAN                    BUZGON DAVIS LAW OFFICES
CANTON OH 44706-2798                 SHEPPARD MULLIN RICHTER   HAMPTON LLP 525 S EIGHTH ST PO BOX 49
                                     30 ROCKEFELLER PLAZA 39TH FLOOR      LEBANON PA 17042-0049
                                     NEW YORK NY 10112-0079


TRANSMISSION ENGINEERING COMPANY     TRAVELERS CL REMITTANCE CENTER       TRAVERS TOOL CO INC
CO RUMSEY                            PO BOX 660317                        12815 26TH AVENUE
15 COLWELL LANE                      DALLAS TX 75266-0317                 PO BOX 541550
CONSHOHOCKEN PA 19428-1805                                                FLUSHING NY 11354-7550


TRAVERS TOOLS                        US CUSTOMS   BORDER PROTECTION       UAB MANUFACTURING CO INC
12815 26TH AVE                       2ND AND CHESTNUT STREETS             CO ABC
FLUSHING NY 11354-1167               ROOM 102                             1100 ROSA AVENUE
                                     PHILADELPHIA PA 19106                CROYDON PA 19021-7571


UPS                                  UNITED CONCORDIA                     UNITED CONCORDIA LIFE AND HEALTH
PO BOX 72470244                      ATTN LINDA DEVLIN                    4401 DEER PATH RD
PHILADELPHIA PA 19170-0001           511 EAST NEVERSINK ROAD              HARRISBURG PA 17110-3983
                                     READING PA 19606-3206


UNITED PARCEL SERVICE                UNITED PARCEL SERVICE FREIGHT        UNITED STATES TREASURY
CO RECEIVABLE MANAGEMENT SERVICES RMS CO RECEIVABLE MANAGEMENT SERVICES RMS INTERNAL REVENUE SERVICE
PO BOX 361345                        PO BOX 361345                        PO BOX 7346
COLUMBUS OH 43236-1345               COLUMBUS OH 43236-1345               PHILADELPHIA PA 19101-7346
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | VW CREDIT INC<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 | VERIZON<br>PO BOX 28000<br>LEHIGH VALLEY PA 18002-8000 |
| VISA PLATINUM PLUS FOR BUSINESS CAR<br>PO BOX 15710<br>WILMINGTON DE 19886-5710 | VISION BENEFITS OF AMERICA<br>300 WEYMAN PLAZA<br>PITTSBURGH PA 15236-1588 | VISION BENEFITS OF AMERICA INC<br>400 LYDIA STREET<br>SUITE 300<br>CARNEGIE PA 15106-2792 |
| VOLKESWAGEN CREDIT<br>PO BOX 5215<br>CAROL STREAM IL 60197-5215 | CANADA<br>WS CHONG CONSULTING LTD<br>14343 30 AVE<br>SURREY BC V4P 1R3<br>CANADA | WASTE MANAGEMENT OF CENTRAL PA<br>PO BOX 830003<br>BALTIMORE MD 21283-0003 |
| WELLS FARGOVISA<br>PO BOX 6412<br>CAROL STREAM IL 60197-6412 | WILLIAM G SCHWAB TRUSTEE<br>CO JEFFREY KURTZMAN ESQUIRE<br>KURTZMAN STEADY LLC<br>401 S 2ND STREET SUITE 200<br>PHILADELPHIA PA 19147-1612 | WILLIAM SILUK<br>370 HALSEY DRIVE<br>ORWIGSBURG PA 17961-1612 |
| WILLIAMSON FRIEDBERG JONES<br>TEN WESTWOOD ROAD<br>PO BOX 1190<br>POTTSVILLE PA 17901-7190 | YEAGER SUPPLY INC<br>1440 NORTH 6TH STREET<br>READING PA 19601-1227 | ZM GEAR MACHINING INC<br>JOSEPH A PTASINSKI NISEN ELLIOTTLLC<br>200 WEST ADAMS STREET SUITE 2500<br>CHICAGO IL 60606-5232 |
| ZM GEAR MACHINING<br>1132 INDUSTRIAL DRIVE<br>BENSENVILLE IL 60106-1247 | | |